B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    DBEB, LLC                                                                                    Case No. _____
                                                Debtor(s)                                             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| State of Nevada<br>Department of Taxation<br>1550 College Parkway, #115<br>Carson City, NV 89706 | State of Nevada<br>Department of Taxation<br>1550 College Parkway, #115<br>Carson City, NV 89706 | | | 16,765.72 |
| Desert Meats & Provisions<br>5420 S. Valley View<br>Las Vegas, NV 89119 | Desert Meats & Provisions<br>5420 S. Valley View<br>Las Vegas, NV 89119 | | | 14,327.64 |
| Santa Monica Seafood Co. Inc.<br>18531 Broadwick Street<br>Rancho Dominguez, CA 90220 | Santa Monica Seafood Co. Inc.<br>18531 Broadwick Street<br>Rancho Dominguez, CA 90220 | | | 10,792.92 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | | 9,291.51 |
| Chef's Warehouse<br>P.O. Box 30943<br>New York, NY 10087-0943 | Chef's Warehouse<br>P.O. Box 30943<br>New York, NY 10087-0943 | | | 8,741.39 |
| L.A. Specialty<br>P.O. Box 2293<br>Santa Fe Spring, CA 90670 | L.A. Specialty<br>P.O. Box 2293<br>Santa Fe Spring, CA 90670 | | | 8,373.49 |
| Pro-Tech Electrical Services<br>9101 W. Sahara Ave.<br>Suite #105-184<br>Las Vegas, NV 89117 | Pro-Tech Electrical Services<br>9101 W. Sahara Ave.<br>Suite #105-184<br>Las Vegas, NV 89117 | | | 7,264.78 |
| Professional Restaurant Services<br>PO Box 336809<br>Las Vegas, NV 89033 | Professional Restaurant Services<br>PO Box 336809<br>Las Vegas, NV 89033 | | | 6,142.85 |
| Bouchon Bakery<br>3355 Las Vegas Blvd<br>Las Vegas, NV 89109 | Bouchon Bakery<br>3355 Las Vegas Blvd<br>Las Vegas, NV 89109 | | | 4,481.13 |
| YESCO<br>PO BOX 11676<br>Tacoma, WA 98411-6676 | YESCO<br>PO BOX 11676<br>Tacoma, WA 98411-6676 | | | 2,938.31 |
| Mission Industries<br>2300 North Commerce Street<br>North Las Vegas, NV 89030 | Mission Industries<br>2300 North Commerce Street<br>North Las Vegas, NV 89030 | | | 2,903.17 |

B4 (Official Form 4) (12/07) - Cont.

In re   DBEB, LLC                                                              Case No.   _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Morris Visitor Publications, LLC<br>PO Box 933574<br>Atlanta, GA 31193-3574 | Morris Visitor Publications, LLC<br>PO Box 933574<br>Atlanta, GA 31193-3574 | | | 2,700.00 |
| Commercial Bakery Kitchen Repairs<br>809 N. Major Ave.<br>Ste. A<br>Henderson, NV 89015 | Commercial Bakery Kitchen Repairs<br>809 N. Major Ave.<br>Ste. A<br>Henderson, NV 89015 | | | 2,698.36 |
| Creative Bureau<br>2109 NW Irving St.<br>Unit 110<br>Portland, OR 97210 | Creative Bureau<br>2109 NW Irving St.<br>Unit 110<br>Portland, OR 97210 | | | 2,554.54 |
| American Hood & Filter Service, Inc.<br>850 S. Boulder Hwy., #333<br>Henderson, NV 89015 | American Hood & Filter Service, Inc.<br>850 S. Boulder Hwy., #333<br>Henderson, NV 89015 | | | 2,300.00 |
| A N D Service LLC<br>8412 Vivid Violet Avenue<br>Las Vegas, NV 89143-5119 | A N D Service LLC<br>8412 Vivid Violet Avenue<br>Las Vegas, NV 89143-5119 | | | 2,230.49 |
| Vegas Plumbing Service<br>1964 Sycamore Trail #1<br>Las Vegas, NV 89108-1961 | Vegas Plumbing Service<br>1964 Sycamore Trail #1<br>Las Vegas, NV 89108-1961 | | | 1,642.17 |
| Meadow Gold Dairies<br>Department 9373<br>Los Angeles, CA 90084 | Meadow Gold Dairies<br>Department 9373<br>Los Angeles, CA 90084 | | | 1,483.37 |
| Audio Visual Advisors Inc.<br>6275 McLeod Dr., #5<br>Las Vegas, NV 89120 | Audio Visual Advisors Inc.<br>6275 McLeod Dr., #5<br>Las Vegas, NV 89120 | | | 1,476.63 |
| Henry's Maintenance & Repair Service<br>1500 Country Hollow Drive<br>Las Vegas, NV 89117 | Henry's Maintenance & Repair Service<br>1500 Country Hollow Drive<br>Las Vegas, NV 89117 | | | 1,363.60 |

B4 (Official Form 4) (12/07) - Cont.

In re   **DBEB, LLC**                                            Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the E-Brands, LLC, Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   7/28/10                            Signature   _____
                                                     **Charles E. Robinson, President and Chief Manager of**
                                                     **E-Brands, LLC, Sole Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.